[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 15-13448
Non-Argument Calendar

————————————————

D.C. Docket No. 5:13-cr-00049-ACC-PRL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AARON MICHAEL MURRAY,
a.k.a. Tyler Peterson,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

(November 30, 2016)

Before TJOFLAT, JULIE CARNES, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Aaron Murray in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967) because she finds the appeal "wholly frivolous." *Id*. at 744.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of Murray's appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Murray's conviction and sentence are **AFFIRMED**.